UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John L. Smith,<br><br>                            *Debtor*. | Case No. 24-13327-amc<br>Chapter 13 |

**Motion to Impose Automatic Stay**

Debtor John L. Smith, through his attorney, moves this Court as follows:

1. The Debtor filed this case on September 18, 2024.

2. During the eight years before this case was filed, the Debtor filed two bankruptcy cases:

    a. Case No. 23-12838, which was filed on September 20, 2023, and dismissed on August 2, 2024, for failure to make plan payments.

    b. Case No. 19-17732, which was filed on December 12, 2019, and dismissed on February 17, 2022, for failure to make plan payments.

3. The Debtor owns real property at 3805 State Road in Upper Darby Township, Pennsylvania, and owes substantial tax arrearages to the Delaware County Tax Claim Bureau ("Delaware County") secured by that property.

4. In Case No. 23-12838, the Debtor entered into a stipulation with Delaware County whereby dismissal of that case would prevent the automatic stay from applying to Delaware County in any new cases without a showing of changing circumstances or other good cause. Exhibit A.

5. In both previous cases, the Debtor proposed plans that would cure the arrearage owed to Delaware County. In this case, he is proposing a plan that would provide for sale of 3805 State Road to pay Delaware County's claims and has engaged

a real estate agent for that purpose. ECF No. 8. The Debtor intends to extend his listing agreement with the real estate agent beyond the September 30, 2024, expiration date.

6. The Debtor's proposal of a sale plan and his good faith efforts to implement that plan make it likely that the proposed plan will be successful. The changing circumstances and the plan's likelihood of success are sufficient cause to impose the automatic stay.

7. The Debtor requests that the Court impose the automatic stay against Delaware County.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 26, 2024                SADEK LAW OFFICES, LLC
                                        *Attorney for Debtor*

                                        By: /s/ Brad J. Sadek
                                            Brad J. Sadek
                                            1500 JFK Boulevard, Suite 220
                                            Philadelphia, PA 19102
                                            215-545-0008
                                            brad@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: September 26, 2024                /s/ Brad J. Sadek
                                        Brad J. Sadek