**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:    **John L. Smith,** | **: Chapter 13** |
| **Debtor** | **: Case No. 24-13327-amc** |

## **ORDER**

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving Debtor John L. Smith's Motion to Impose Stay is hereby **APPROVED**.

BY THE COURT:

Dated: Oct. 25, 2024

_____
**CHIEF JUDGE ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY COURT**